| | |
|---|---|
| Deepali A. Brahmbhatt (SBN 255646)<br>Email: dbrahmbhatt@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>3120 Scott Blvd. #13,<br>Santa Clara, CA 95054<br>Telephone:     (650) 254-9805<br><br>Timothy Devlin (*pro hac vice*)<br>Email: tdevlin@devlinlawfirm.com<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br><br>Curtis E. Smolar (SBN 194700)<br>Email: csmolar@bochner.law<br>Bochner PLLC<br>450 Townsend Street, Suite 100<br>San Francisco, CA 94301<br>Telephone: (415) 964-9932<br><br>*Attorneys for Lead Plaintiff and the Class*<br>*Nir Lahav on behalf of himself and all others similarly situated* | Daniel J. Tyukody (SBN 123323)<br>tyukody@gtlaw.com<br>Alex Linhardt (SBN 303669)<br>linhardt@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br>*Attorneys for Defendants*<br>*Binance Holdings Limited, and Changpeng Zhao*<br><br>Daniel T. Stabile (PHV)<br>dstabile@winston.com<br>Adam M. Foslid (PHV)<br>afoslid@winston.com<br>WINSTON & STRAWN LLP<br>200 S. Biscayne Boulevard, Suite 2400<br>Miami, Florida 33131<br>Telephone: 305.910.0500<br><br>Jeffrey L. Steinfeld (SBN 294848)<br>jlsteinfeld@winston.com<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90071<br>*Attorneys for Defendants*<br>*BAM Trading Services Inc., and BAM Management US Holdings Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Nir Lahav, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.<br>BAM MANAGEMENT US HOLDINGS INC.<br>AND<br>CHANGPENG ZHAO<br>            Defendants. | Case No.  **3:23-cv-05038-TLT**<br><br>**STIPULATION TO EXTEND DEADLINE TO AMEND COMPLAINT AND [PROPOSED] ORDER**<br><br>**PSLRA CLASS ACTION**<br><br><br>Judge Hon. Trina L. Thompson |

i                                                                  Case No. 3:23-cv-05038-TLT

**STIPULATION TO EXTEND DEADLINE TO AMEND COMPLAINT**

Lead Plaintiff Nir Lahav ("Plaintiff"), and Defendants Binance Holdings Limited ("Binance"), BAM Trading Services Inc. ("BAM Trading"), BAM Management US Holdings Inc. ("BAM Management"), and Changpeng Zhao ("Zhao" and collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 30, 2023, the Court granted parties stipulation to extend filing of Consolidated Complaint and responsive briefing deadlines (ECF No. 23);

WHEREAS, pursuant to ECF No. 23 above and the Court Order ruling on March 25, 2024 designating Lead Plaintiff and his selection of Class Counsel, the deadline to designate the Consolidated Operative Complaint is on or before April 24, 2024;

WHEREAS, on January 3, 2024, MDL Action 3076 issued a conditional transfer order (CTO-4);

WHEREAS, on January 5, 2024, the Court issued a Case Management and Scheduling Order setting the last date to amend the Complaint to be April 2, 2024;

WHEREAS, on January 24, 2024, Plaintiff and Defendants BAM Trading and BAM Management each filed a motion to vacate CTO-4 (the "Motions to Vacate"), the briefing of which is fully submitted;

WHEREAS, MDL Action 3076 has not yet ruled on the parties' Motions to Vacate and such a ruling is expected in the upcoming weeks after the MDL Panel met on March 28, 2024;

NOW, THEREFORE, the Parties stipulate and agree, subject to the Order of the Court, that:

1. Should the MDL Panel vacate CTO-4, Lead Plaintiff within thirty (30) days of the MDL Panel's order shall elect to proceed with the existing Complaint or file an amended consolidated Complaint.
2. The remaining deadlines per the Court Order on October 30, 2023 (ECF No. 23) apply.
3. Nothing herein shall be deemed to alter the parties' positions within the MDL, including the parties' positions with respect to the Motions to Vacate.

**STIPULATION TO EXTEND DEADLINE TO AMEND COMPLAINT**

1  **IT IS SO STIPULATED.**

3  Dated: April 1, 2024                             **DEVLIN LAW FIRM, LLC**

By:   /s/ Deepali A. Brahmbhatt
      Deepali A. Brahmbhatt

      Deepali A. Brahmbhatt (SBN 255646)
      Email:
      dbrahmbhatt@devlinlawfirm.com
      DEVLIN LAW FIRM LLC
      3120 Scott Blvd. #13,
      Santa Clara, CA 95054
      Telephone:     (650) 254-9805

      Timothy Devlin (*pro hac vice*)
      Email: tdevlin@devlinlawfirm.com
      Devlin Law Firm LLC
      1526 Gilpin Avenue
      Wilmington, DE 19806
      Telephone: (302) 449-9010

      Curtis E. Smolar (SBN 194700)
      Email: csmolar@bochner.law
      Bochner PLLC
      450 Townsend Street, Suite 100
      San Francisco, CA 94301
      Telephone: (415) 964-9932

      *Attorneys for Lead Plaintiff and the Class Nir Lahav on behalf of himself and all others similarly situated*

Dated: April 1, 2024                             **GREENBERG TRAURIG, LLP**

By:   /s/ *Daniel J. Tyukody*
      Daniel J. Tyukody

      Daniel J. Tyukody (SBN 123323)
      tyukodyd@gtlaw.com
      Alex Linhardt (SBN 303669)
      linhardta@gtlaw.com
      GREENBERG TRAURIG, LLP
      1840 Century Park East, Suite 1900
      Los Angeles, CA 90067-2121
      Telephone:     (310) 586-7700

*Attorneys for Defendants Binance Holdings Limited and Changpeng Zhao*

Dated: April 1, 2024

**WINSTON & STRAWN LLP**

By: /s/ *Jeffrey L. Steinfeld*
Jeffrey L. Steinfeld

Daniel T. Stabile (PHV)
dstabile@winston.com
Adam M. Foslid (PHV)
afoslid@winston.com
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
Telephone:     (305) 910-0500

Jeffrey L. Steinfeld (SBN 294848)
jlsteinfeld@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone:     (213) 615-1700

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2024

_____
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

\

## CERTIFICATE OF SERVICE

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation To Extend Deadline To Amend Complaint.

/s/ Deepali Brahmbhatt
Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:    (650) 254-9805